IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:26-cv-27890-RKA

BEANSTALK CHALLENGE LLC,
a Florida limited liability company,

Plaintiff,

v.

VENKY VIJAY REDDI, an individual, and ORANGEFUL PRIVATE LTD., a foreign corporation,

Defendants.
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Beanstalk Challenge LLC voluntarily dismisses this action with prejudice as to all defendants.

Dated: November 24, 2026

Respectfully submitted,

PERETZ CHESAL & HERRMANN, P.L.

/s/Albert Alvarez

Albert Alvarez, Esq.
Florida Bar No. 106859
aalvarez@pch-iplaw.com
Steven I. Peretz, Esq.
Florida Bar No. 329037
speretz@pch-iplaw.com
Michael B. Chesal
Florida Bar No. 775398
mchesal@pch-iplaw.com
2 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: (305) 341-3000

Attorneys for Plaintiff